UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MIKE SCOTT,

                    Plaintiff,

      -v-

CITY OF NEW YORK, et al.,

                  Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2026

25-cv-10388 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on June 25, 2026.  As noted at the conference, the initial pretrial conference is reschedule for September 10, 2026 at 12:00 p.m.  The parties are instructed to dial 646-453-4442, and input conference ID 358639322.

      SO ORDERED.

Dated: June 25, 2026
      New York, New York

_____
                LEWIS J. LIMAN
           United States District Judge