UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE SCOTT,

                Plaintiff,

           -v-

CITY OF NEW YORK ET AL,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/26/2026_

**ORDER**

25-CV-10388 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated June 25, 2026, this case was referred to the undersigned for settlement.  ECF No. 28.

A conference is scheduled on **July 1, 2026,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 449 922 35#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 26, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1