USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE SCOTT,

Plaintiff,

-v-

CITY OF NEW YORK ET AL,

Defendants.

**ORDER**

25-CV-10388 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated September 8, 2026, the parties were directed to email their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call to RicardoNYSDChambers@nysd.uscourts.gov by October 2, 2026. To date, Plaintiff has not emailed this information to Chambers. Plaintiff's deadline to submit these materials is extended to **October 7, 2026**.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge