USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE SCOTT,

Plaintiff,

-v-

CITY OF NEW YORK ET AL,

Defendants.

**ORDER**

25-CV-10388 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated September 8, 2026, the parties were directed to email their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call to RicardoNYSDChambers@nysd.uscourts.gov. By Order dated October 6, 2026, Plaintiff was given an extension until October 7, 2026 to submit these materials. To date, Plaintiff has not emailed this information to Chambers.

The settlement conference scheduled for October 16, 2026 is adjourned *sine die* due to Plaintiff's non-compliance with the aforementioned orders. The parties are directed to confer about alternative dates for a settlement conference and to file a letter motion proposing three such dates by **October 27, 2026**.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge