USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE SCOTT,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

25-cv-10388 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic conference in this matter today, November 6, 2026. Counsel for Defendant appeared. Neither Plaintiff nor Plaintiff's counsel appeared, even though the conference was scheduled publicly on the docket. Dkt. No. 43. As a result, the Court was unable to enter a case management plan or to take any further action on this matter.

The Court will hold a further status conference on November 19, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID # 358639322.

The parties are ordered to file a proposed amended case management plan and scheduling order no later than November 13, 2026. By that same date, Defendant shall file its motion for a stay of discovery in anticipation of its potential motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), laying out the reasons why the Court should stay discovery. The Court will address the motion at the conference on November 19, 2026.

The Plaintiff having ignored the Court's orders and failed to attend the conference today, Plaintiff is put on notice that the failure to attend the November 19, 2026 conference—or any

other unexcused absences from Court hearings—may result in dismissal of this case either for violation of the Court's orders or for failure to prosecute.

SO ORDERED.

Dated: November 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge