USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE SCOTT,

Plaintiff,

-v-

CITY OF NEW YORK ET AL,

Defendants.

**ORDER**

25-CV-10388 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter requesting to be relieved of the obligation to submit dates for a future settlement conference. ECF No. 46. The request is **GRANTED**. Given Defendants' representation that a settlement conference would not be productive now, none will be scheduled at this time. If circumstances change, the parties should file a letter motion on the docket asking to schedule a settlement conference.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge