USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE SCOTT,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

25-cv-10388 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic conference in this matter yesterday, November 19, 2026. Counsel for both Plaintiff and Defendant appeared. This order memorializes the Court's rulings:

Defendant shall file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and a supporting memorandum of law no later than December 17, 2026. Plaintiff shall file a memorandum of law in opposition to the motion no later than January 15, 2027. If Plaintiff files a memorandum of law in opposition to Defendant's motion, Defendant may file a reply memorandum of law no later than January 29, 2026.

Plaintiff shall have until January 15, 2027 to amend the complaint. If Plaintiff timely files an amended complaint no later than January 15, 2027, pursuant to the Court's Individual Practices in Civil Cases, Rule 3.C, "the Court will deny the motion to dismiss as moot." Defendant "may then (a) file an answer or (b) file a new motion to dismiss. In the event the moving party wishes to rely on its initially filed memorandum of law, the party may so indicate in its motion to dismiss the amended pleading and need not file the memorandum of law again." Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 3.C.

On consent of Plaintiff, Defendant's motion for a stay of discovery pending adjudication of the anticipated motion for judgment on the pleadings, Dkt. No. 49, is GRANTED. Within two weeks of any decision sustaining the complaint in whole or in part, the parties shall request a new case management conference via letter filed on the docket along with a revised proposed case management plan.

The Clerk of Court is respectfully directed to close Dkt. No. 49.

SO ORDERED.

Dated: November 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge